UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**CHRISTION AKOUALA**                                                                                   **PLAINTIFF**

v.                                                                                   **CIVIL ACTION NO. 3:23-CV-441-GNS**

**CHEX SYSTEMS**                                                                                   **DEFENDANT**

### ORDER

For the reasons set forth in the Memorandum entered this date, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** that the instant action is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) as frivolous and for failure to state a claim upon which relief may be granted.

There being no just reason for delay in its entry, this is a **final Order**.

This Court further **certifies** that an appeal *in forma pauperis* would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date: September 20, 2023

Greg N. Stivers, Chief Judge
United States District Court

cc:     Plaintiff, *pro se*
4416.011